No. 23-3237

BIO GEN, LLC, et al.,
Plaintiffs-Appellees,

v.

SARAH HUCKABEE SANDERS, et al.
Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of Arkansas
No. 4:23-CV-718 (Hon. Billy Roy Wilson)

## Statement of Issues on Appeal

Pursuant to Federal Rule of Appellate Procedure 30(b), Defendants-Appellants submit this statement of issues on appeal.

The issues on appeal are whether the district court erred in holding that Arkansas's Governor and Attorney General do not have sovereign immunity from this suit, and whether the district court erred in preliminarily enjoining the enforcement of Arkansas Act 629 of 2023 on the grounds that it is likely preempted by federal law and void for vagueness.

Dated: October 24, 2023  Respectfully Submitted,


TIM GRIFFIN
 Arkansas Attorney General

NICHOLAS J. BRONNI
 Arkansas Solicitor General
DYLAN L. JACOBS
 Deputy Solicitor General
ASHER L. STEINBERG
 Senior Assistant Solicitor General
OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1051
Asher.Steinberg@ArkansasAG.gov

*Counsel for Defendants-Appellants*

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Asher L. Steinberg*
Asher L. Steinberg