# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3237

Bio Gen LLC, et al.

Appellees

v.

Sarah Huckabee Sanders, Governor; in her official capacity, et al.

Appellants

------------------------------

American Trade Association for Cannabis and Hemp

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00718-BRW)
_____

**ORDER**

Hemp Industries Association has filed a motion for permission to file an amicus brief and has tendered a proposed amicus brief on behalf of Appellees. The parties are hereby notified that they have ten (10) days from the date of this order to file objections to the motion. If at the end of that time no objections have been filed, the motion will be granted, and the brief will be filed.

January 24, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans