# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3237

Bio Gen LLC, et al.

Appellees

v.

Sarah Huckabee Sanders, Governor; in her official capacity, et al.

Appellants

------------------------------

American Trade Association for Cannabis and Hemp

Amicus on Behalf of Appellant(s)

Hemp Industries Association

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00718-BRW)
_____

**ORDER**

Hemp Industries Association has filed a motion for leave to file an amicus brief on behalf of appellees.

No objections have been filed and the motion is granted. The clerk shall review the brief submitted by the amicus party for filing.

February 06, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans