

Asher Steinberg  
Senior Assistant Solicitor General

Direct Dial: (501) 682-1051  
E-mail: asher.steinberg@arkansasag.gov

February 7, 2024

Michael Gans  
Clerk, United States Court of Appeals for the Eighth Circuit  
Thomas F. Eagleton Courthouse  
111 South 10th Street, Room 24.329  
St. Louis, MO 63102

  Re: *Bio Gen, LLC, et al. v. Sarah Huckabee Sanders, et al.*,  
    No. 23-3237

Dear Mr. Gans:

  I write to request that the Court hear oral argument in this appeal in the April or May argument sessions. This appeal concerns an Arkansas law that bans synthetic, potent cannabinoids, misbranded as "hemp," that are targeted at—and often sicken—minors. *See* Appellants' Br. 4-7. That law has been blocked by the district court's injunction since September 7 of last year, shortly after it went into effect. And a trial below is scheduled for August 27. An argument in the April or May sittings would allow the State to obtain a timely reversal before that trial and begin enforcing its law again. Counsel for Appellants is available for argument on April 10–12 and any date in the May argument session.

              Respectfully submitted,

              */s Asher Steinberg*  
              Asher Steinberg  
              Senior Assistant Solicitor General

323 CENTER STREET, SUITE 200  
LITTLE ROCK, ARKANSAS 72201