# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3237

Bio Gen LLC, et al.

Appellees

v.

Sarah Huckabee Sanders, Governor; in her official capacity, et al.

Appellants

------------------------------

American Trade Association for Cannabis and Hemp

Amicus on Behalf of Appellant(s)

Hemp Industries Association

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00718-BRW)

---

**ORDER**

On February 6, 2024, Hemp Industries Association filed an amicus curiae brief in this case. The paper copies of the briefs were due February 12, 2024, but have not yet been filed. Hemp Industries Association is directed to show cause, within 14 days of the date of this order, why its amicus brief should not be stricken for failure prosecute and to comply with Eighth Circuit Rule 28A(d). Hemp Industries Association may satisfy this show cause order by filing the paper copies of the briefs.

April 10, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Stephanie N. O'Banion