# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3237

Bio Gen LLC, et al.

Appellees

v.

Sarah Huckabee Sanders, Governor; in her official capacity, et al.

Appellants

------------------------------

American Trade Association for Cannabis and Hemp

Amicus on Behalf of Appellant(s)

Hemp Industries Association

Amicus on Behalf of Appellee(s)

------------------------------

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:23-cv-00718-BRW)

------------------------------

**ORDER**

Hemp Industries Association has filed their paper copies of the brief. The show cause order of April 10, 2024, is hereby dissolved.

April 19, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Stephanie N. O'Banion