

Asher Steinberg  
Senior Assistant Solicitor General

Direct Dial: (501) 682-1051  
E-mail: asher.steinberg@arkansasag.gov

May 28, 2024

Stephanie N. O'Banion  
Acting Clerk, United States Court of Appeals for the Eighth Circuit  
Thomas F. Eagleton Courthouse  
111 South 10th Street, Room 24.329  
St. Louis, MO 63102

  Re: *Bio Gen, LLC, et al. v. Sarah Huckabee Sanders, et al.*,  
    No. 23-3237

Dear Ms. O'Banion:

  I write to inform the Court of the Supreme Court's decision in *Brown v. United States*, No. 22-6389, 2024 WL 2333428 (May 23, 2024). In *Brown*, the Supreme Court considered whether state drug offenses constitute "serious drug offenses" under the Armed Career Criminal Act if they involved a drug that was illegal under federal law at the time "but was later removed" from the federal schedules. *Id.* at *3. In particular, the Court considered whether pre-2018 state marijuana offenses under state laws that categorically prohibit cannabis are serious drug offenses given the federal legalization of hemp in 2018. *Id.* It held that they are. *Id.* at *11.

  The Court did not directly address whether the federal legalization of hemp preempts state laws that continue to prohibit hemp—as the defendant did not even argue it did. But the Court's analysis presumed that state drug laws will often be more restrictive than federal drug law, and that the gap between the two is permissible—noting, for example, that "States sometimes criminalize drugs before the Federal Government does," *id.* at *11 (citing bath salts, as well as a hallucinogen that states banned "nearly a decade before the Federal Government"),

and that Florida took several years to legalize a cocaine derivative used to treat Parkinson's after the federal government did, *id.* at *5. If these commonplace differences in coverage were preempted, or even arguably preempted, the Supreme Court would not have taken a case that assumed they were permissible.

                                Respectfully submitted,

                                */s Asher Steinberg*
                                Asher Steinberg
                                Senior Assistant Solicitor General